1  William A. Kershaw (SBN 057486)
2  Lyle W. Cook (SBN 148914)
   David Smith (SBN 072703)
3  Ian M. Hunter (SBN 261771)
   KERSHAW, CUTTER & RATINOFF, LLP
4  401 Watt Avenue
5  Sacramento, California  95864
   Telephone: (916) 448-9800
6  Facsimile: (916) 669-4499
7
8  Gregory James Owen (SBN 102845)
   OWEN, PATTERSON & OWEN
9  23822 W. Valencia Blvd., Suite 201
   Valencia, CA  91355
10 Telephone: (661) 877-9169
11 Facsimile: (661) 799-2774
12
   *Attorneys for Plaintiffs*
13

14              **UNITED STATES DISTRICT COURT**

15              **EASTERN DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| 17  PHILLIP JOHNSON, JIMMY ALDRIDGE, RANDY VANDERMOLEN, and MATTHEW WEYUKER  individually and on behalf of all others similarly situated, | Case No.  2:10-CV-02443-JAM-EFB |
| Plaintiffs, | **STIPULATION AND ORDER RE: CONSENT TO SECOND AMENDED COMPLAINT** |
| v. | |
| HARLEY-DAVIDSON, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS: (WISCONSIN) HARLEY-DAVIDSON, INC., HARLEY-DAVIDSON MOTOR COMPANY, INC. and DOES 1-50. | |
| Defendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, on September 10, 2010, Plaintiffs filed a Complaint in the above-captioned matter;

2  WHEREAS, on October 1, 2010, Plaintiffs filed a First Amended Complaint in the above-captioned matter;

3  WHEREAS, on or about November 22, 2010, Defendants requested an extension of 30 days within which to respond to Plaintiffs' First Amended Complaint;

4  WHEREAS, on November 22, 2010, counsel for Plaintiffs informed counsel for Defendants that Plaintiffs intended to amend the First Amended Complaint and suggested that the parties agree to an amendment which would provide Defendants additional time;

IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, subject to the approval of this Court, that:

1. Defendants consent to an amendment of the First Amended Complaint;
2. Plaintiffs shall file and serve a Second Amended Complaint in the above-captioned matter on or before December 10, 2010; and
3. Defendants do not have to respond to the First Amended Complaint.
4. Defendants shall respond to the Second Amended Complaint on or before January 10, 2011.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: December 1, 2010 | KERSHAW, CUTTER & RATINOFF, LLP |

*/s/ William A. Kershaw*
William A. Kershaw (SBN 057486)
401 Watt Avenue
Sacramento, CA 95864

*Attorneys for Plaintiffs*

Dated: December 1, 2010        DYKEMA GOSSETT LLP


*/s/ J. Kevin Snyder (as authorized)*
J. Kevin Snyder (SBN 107509)
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

*Attorneys for Defendants*

## **ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**


Dated:   12/1/2010            /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

-2-

STIPULATION AND [PROPOSED] ORDER RE: CONSENT TO SECOND AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com