William A. Kershaw (SBN 057486)
Lyle W. Cook (SBN 148914)
David Smith (SBN 072703)
Ian M. Hunter (SBN 261771)
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, California  95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Gregory James Owen (SBN 102845)
OWEN, PATTERSON & OWEN
23822 W. Valencia Blvd., Suite 201
Valencia, CA  91355
Telephone: (661) 877-9169
Facsimile: (661) 799-2774

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP JOHNSON, JIMMY ALDRIDGE, RANDY VANDERMOLEN, and MATTHEW WEYUKER  individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>   v.<br><br>HARLEY-DAVIDSON, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS: (WISCONSIN) HARLEY-DAVIDSON, INC., HARLEY-DAVIDSON MOTOR COMPANY, INC. and DOES 1-50.<br><br>            Defendants. | Case No.  2:10-CV-02443-JAM-EFB<br><br>**STIPULATION AND  ORDER RE: JOINT STATUS REPORT** |

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, on September 13, 2010, the Court ordered the parties to confer as required by Fed. R. Civ. P. 26(f) and prepare and submit to the court a joint status report within sixty (60) days of service of the complaint on any party;

WHEREAS, on December 10, 2010, Plaintiffs filed a Second Amended Class Action Complaint for Damages and Injunctive Relief in the above-captioned matter and served it on Defendants;

WHEREAS, the parties stipulated and the Court ordered that Defendants need not respond to the First Amended Complaint and that Plaintiffs' Second Amended Complaint is the operative Complaint for purposes of the timing of Defendants' Answer;

IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, subject to the approval of this Court, that:

1. Within sixty (60) days of service of Plaintiffs' Second Amended Class Action Complaint for Damages and Injunctive Relief, the parties shall confer as required by Fed. R. Civ. P. 26(f) and shall prepare and submit to the court a joint status report complying with the requirements of the Court's Order of September 13, 2010.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: January 11, 2011 | | KERSHAW, CUTTER & RATINOFF, LLP |

*/s/ William A. Kershaw*
William A. Kershaw (SBN 057486)
401 Watt Avenue
Sacramento, CA 95864

*Attorneys for Plaintiffs*

Dated: January 11, 2011     DYKEMA GOSSETT LLP


*/s/ Paul L. Nystrom*
Paul L. Nystrom
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

*Attorneys for Defendants*

## **ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**


Dated: 1/11/2011     /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION AND [PROPOSED] ORDER RE: JOINT STATUS REPORT

PDF created with pdfFactory trial version www.pdffactory.com