William A. Kershaw (SBN 057486)
Lyle W. Cook (SBN 148914)
David Smith (SBN 072703)
Ian M. Hunter (SBN 261771)
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Gregory James Owen (SBN 102845)
OWEN, PATTERSON & OWEN
23822 W. Valencia Blvd., Suite 201
Valencia, CA 91355
Telephone: (661) 877-9169
Facsimile: (661) 799-2774

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP JOHNSON, JIMMY ALDRIDGE, RANDY VANDERMOLEN, and MATTHEW WEYUKER individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HARLEY-DAVIDSON, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS: (WISCONSIN) HARLEY-DAVIDSON, INC., HARLEY-DAVIDSON MOTOR COMPANY, INC. and DOES 1-50.<br><br>Defendants. | Case No. 2:10-CV-02443-JAM-EFB<br><br>STIPULATION AND ORDER RE: CONSENT TO THIRD AMENDED COMPLAINT |

WHEREAS, on September 10, 2010, Plaintiffs filed a Complaint in the above-captioned matter;

WHEREAS, on October 1, 2010, Plaintiffs filed a First Amended Complaint in the above-captioned matter;

WHEREAS, on December 10, 2010, Plaintiffs filed a Second Amended Complaint in the above-captioned matter;

-1-

STIPULATION AND [PROPOSED] ORDER RE: CONSENT TO THIRD AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, on April 1, 2011, counsel for Plaintiffs informed counsel for Defendants that Plaintiffs intended to amend the Second Amended;

IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, subject to the approval of this Court, that:

1. Plaintiffs shall file and serve the Third Amended Complaint attached hereto in the above-captioned matter.

Dated: April 29, 2011   KERSHAW, CUTTER & RATINOFF, LLP

*/s/ William A. Kershaw*

William A. Kershaw (SBN 057486)
401 Watt Avenue
Sacramento, CA 95864

*Attorneys for Plaintiffs*

Dated: April 29, 2011   DYKEMA GOSSETT LLP

*/s/ Paul L. Nystrom*

Paul L. Nystrom (*Pro hac vice*)
Peter M. Kellett (*Pro hac vice*)
400 Renaissance Center
Detroit, Michigan 48243
Phone: (313)568-6800
Fax: (313)568-6893

*Attorneys for Defendants*

**ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated:  4/29/2011   /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

-2-

STIPULATION AND [PROPOSED] ORDER RE: CONSENT TO THIRD AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com