William A. Kershaw (SBN 057486)
Lyle W. Cook (SBN 148914)
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, California  95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Gregory James Owen (SBN 102845)
OWEN, PATTERSON & OWEN
23822 W. Valencia Blvd., Suite 201
Valencia, CA  91355
Telephone: (661) 877-9169
Facsimile: (661) 799-2774

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP JOHNSON, JIMMY ALDRIDGE, RANDY VANDERMOLEN, and MATTHEW WEYUKER  individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>     v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC; HARLEY-DAVIDSON, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS: (WISCONSIN) HARLEY-DAVIDSON, INC.; HARLEY-DAVIDSON MOTOR COMPANY, INC.; and DOES 1-50.<br><br>                    Defendants. | Case No.  2:10-CV-02443-JAM-EFB<br><br>STIPULATION AND ORDER RE: SCHEDULE |

STIPULATION AND [PROPOSED] ORDER RE: SCHEDULE

PDF created with pdfFactory trial version www.pdffactory.com

### STIPULATION

1

2      WHEREAS, under the Court's Minute Order filed February 8, 2011, Plaintiffs' motion for

3   class certification is set to be filed by August 31, 2011; Defendants' opposition on or before

4   September 28, 2011; Plaintiffs' reply brief on or before October 12, 2011; and the motion is

5   currently set for hearing on October 19, 2011 at 9:30 a.m.;

6      WHEREAS, the parties have diligently engaged in discovery, including physical

7   inspection by Defendants of the named Plaintiffs' motorcycles, the depositions of two (of the

8   four) named Plaintiffs and the production of several thousand pages of documents by Defendants;

9      WHEREAS, through no fault of any party certain technical design drawings and other

10   documents only became available to Plaintiffs' expert on Monday August 22, 2011, and Plaintiffs

11   require additional time to file their motion for class certification to allow Plaintiffs' expert

12   additional time to review said documents and to prepare a declaration in support of class

13   certification;

14      WHEREAS, one of the named Plaintiff's work schedule requires him to travel out of the

15   country and the scheduling his deposition has not yet been possible, the parties need additional

16   time to schedule his as well as his co-named Plaintiff's depositions;

17      WHEREAS, Plaintiffs just recently filed an Amended Complaint on August 11, 2011

18   following the Court's recent ruling on Defendants' Motion to Dismiss;

19      WHEREAS, while Defendants do not object to the requested extension, an extension will

20   create problems for Defendants to respond to the motion within 28 days, and Defendants will

21   therefore require additional time to respond if the extension if granted;

22      THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the previously

23   established class certification schedule set forth in the Court's Minute Order, filed February 8,

24   2011, be modified with the Court's consent as follows:

25      1.      Plaintiffs' Motion for Class Certification to be filed by October 28, 2011 and

26              noticed for hearing on January 25, 2012 at 9:30 a.m.;

27      2.      Defendant's Opposition papers to be filed on or before December 23, 2011; and

28      3.      Plaintiffs' Reply Brief, if any, to be filed on or before January 9, 2012.

-2-

PDF created with pdfFactory trial version www.pdffactory.com

1    Dated: August 25, 2011.          KERSHAW, CUTTER & RATINOFF, LLP

2

3                                     */s/ William A. Kershaw*

4                                     William A. Kershaw (SBN 057486)
                                      401 Watt Avenue
5                                     Sacramento, CA 95864

6                                     *Attorneys for Plaintiffs*

7    Dated: August 25, 2011.          DYKEMA GOSSETT LLP

8                                     */s/ Paul L. Nystrom*

9

10                                    Paul L. Nystrom (*Pro hac vice*)
                                      Peter M. Kellett (*Pro hac vice*)
11                                    400 Renaissance Center
                                      Detroit, Michigan 48243
                                      Phone: (313)568-6800
12                                    Fax: (313)568-6893

13                                    *Attorneys for Defendants*

14

15                                    **ORDER**

16          PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

17

18   Dated:    August 25, 2011
                                      /s/ John A. Mendez
19                                    HONORABLE JOHN A. MENDEZ
                                      UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: SCHEDULE

PDF created with pdfFactory trial version www.pdffactory.com