William A. Kershaw (SBN 057486)
Lyle W. Cook (SBN 148914)
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Gregory James Owen (SBN 102845)
OWEN, PATTERSON & OWEN
23822 W. Valencia Blvd., Suite 201
Valencia, CA 91355
Telephone: (661) 877-9169
Facsimile: (661) 799-2774

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP JOHNSON, JIMMY ALDRIDGE, RANDY VANDERMOLEN, and MATTHEW WEYUKER individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>    v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC; HARLEY-DAVIDSON, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS: (WISCONSIN) HARLEY-DAVIDSON, INC.; HARLEY-DAVIDSON MOTOR COMPANY, INC.; and DOES 1-50.<br><br>    Defendants. | Case No. 2:10-CV-02443-JAM-EFB<br><br>STIPULATION AND ORDER RE: SCHEDULE |

-1-

STIPULATION AND [PROPOSED] ORDER RE: SCHEDULE

PDF created with pdfFactory trial version www.pdffactory.com

## **STIPULATION**

WHEREAS, the parties previously sought and obtained an extension of the briefing schedule on Plaintiffs' motion for class certification, which is currently set to be filed October 28, 2011; Defendants' opposition on or before December 23, 2011; Plaintiffs' reply brief on or before January 9, 2012; and the motion is currently set for hearing on January 25, 2012 at 9:30 a.m.;

WHEREAS, the parties are seeking a further extension of the class certification briefing schedule due to a serious medical condition being suffered by named Plaintiff Matthew Weyuker;

WHEREAS, over the past 45 days, Mr. Weyuker has undergone two heart surgeries and suffered a heart attack, and will be scheduled for a third surgery within the next four to six weeks;

WHEREAS, based on his medical condition over the past month, and his upcoming surgery and recuperation period, Mr. Weyuker was unable to sit for his previously scheduled deposition and will continue to be unavailable to sit for a deposition by counsel for defendant or assist putative class counsel with the class certification motion until approximately mid-December 2011;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the previously established class certification schedule set forth in the Court's Order, filed August 26, 2011, be modified with the Court's consent as follows:

1. Plaintiffs' Motion for Class Certification to be filed by January 6, 2012 and noticed for hearing on April 4, 2012 at 9:30 a.m.;
2. Defendant's Opposition papers to be filed on or before March 5, 2012; and
3. Plaintiffs' Reply Brief, if any, to be filed on or before March 19, 2012.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: October 20, 2011. | KERSHAW, CUTTER & RATINOFF, LLP |
| | |
| | */s/ William A. Kershaw* |
| | |
| | William A. Kershaw (SBN 057486) <br> 401 Watt Avenue <br> Sacramento, CA 95864 |
| | |
| | *Attorneys for Plaintiffs* |
| Dated: October 20, 2011. | DYKEMA GOSSETT LLP |
| | |
| | */s/ Paul L. Nystrom* |
| | |
| | Paul L. Nystrom (*Pro hac vice*) <br> Peter M. Kellett (*Pro hac vice*) <br> 400 Renaissance Center <br> Detroit, Michigan 48243 <br> Phone: (313)568-6800 <br> Fax: (313)568-6893 |
| | |
| | *Attorneys for Defendants* |

## **ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

| | |
|---|---|
| Dated:   10/21/2011 | /s/ John A. Mendez <br> HONORABLE JOHN A. MENDEZ <br> UNITED STATES DISTRICT JUDGE |

PDF created with pdfFactory trial version www.pdffactory.com