William A. Kershaw (SBN 057486)
Lyle W. Cook (SBN 148914)
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Gregory James Owen (SBN 102845)
OWEN, PATTERSON & OWEN
23822 W. Valencia Blvd., Suite 201
Valencia, CA 91355
Telephone: (661) 877-9169
Facsimile: (661) 799-2774

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP JOHNSON, JIMMY ALDRIDGE, RANDY VANDERMOLEN, and MATTHEW WEYUKER individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC; HARLEY-DAVIDSON, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS: (WISCONSIN) HARLEY-DAVIDSON, INC.; HARLEY-DAVIDSON MOTOR COMPANY, INC.; and DOES 1-50.<br><br>Defendants. | Case No. 2:10-CV-02443-JAM-EFB<br><br>**ORDER GRANTING PLAINTIFFS' CONSENTED TO REQUEST TO SEAL DOCUMENTS** |

ORDER

Having considered Plaintiffs' Consented to Request to Seal Documents, and good cause appearing for the relief requested, the Court HEREBY ORDERS the Clerk of the Court to seal the following documents pursuant to Local Rule 141:

1. Plaintiffs' Memorandum of Law in Support of Motion for Class Certification;

2. Exhibits 4, 6, 7, 8, and 9 to Declaration of William A. Kershaw in Support of Plaintiffs' Motion for Class Certification; and

3. Declaration of Russell E. Darnell, Ph.D. in Support of Plaintiffs' Motion for Class Certification and Exhibits 3, 4, 5 and 6 thereto.

These documents shall remain sealed unless and until a further order is issued by the Court.

IT IS SO ORDERED.

Dated:   1/9/2012            /s/ John A. Mendez
                             HONORABLE JOHN A. MENDEZ
                             UNITED STATES DISTRICT JUDGE

-1-

PDF created with pdfFactory trial version www.pdffactory.com