1  Peter M. Kellett (admitted *pro hac vice*)
   pkellett@dykema.com
2  **DYKEMA GOSSETT**
   400 Renaissance Center, Suite 2300
3  Detroit, MI 48243-1668
   Telephone: (313) 568-6800
4  Facsimile: (313) 568-6658

5  Paul L. Nystrom (admitted *pro hac vice*)
   pnystrom@dykema.com
6  **DYKEMA GOSSETT**
   39577 Woodward Ave., Suite 300
7  Bloomfield Hills, MI 48304
   Telephone: (248) 203-0700
8  Facsimile: (248) 203-0763

9  J. KEVIN SNYDER, SBN 107509
   ksnyder@dykema.com
10 **DYKEMA GOSSETT**
   333 S. Grand Ave., Suite 2100
11 Los Angeles, CA 90071
   Telephone: (213) 457-1800
12 Facsimile: (213) 457-1805

13 Attorneys for Defendants HARLEY-DAVIDSON MOTOR
   COMPANY GROUP, LLC, HARLEY-DAVIDSON, INC.
14 and HARLEY-DAVIDSON MOTOR COMPANY, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILLIP JOHNSON, JIMMY ALDRIDGE, RANDY VANDERMOLEN, and MATTHEW WEYUKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC; HARLEY-DAVIDSON, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS: (WISCONSIN) HARLEY-DAVIDSON, INC., HARLEY-DAVIDSON MOTOR COMPANY, INC., and DOES 1-50,<br><br>Defendants. | Case No. 2:10-CV-02443-JAM-EFB<br><br>Honorable John A. Mendez<br><br>**STIPULATION AND ORDER RE: MOTION FOR CLASS CERTIFICATION BRIEFING SCHEDULE** |

PDF created with pdfFactory trial version www.pdffactory.com

# STIPULATION

WHEREAS, Plaintiffs' motion for class certification was filed on January 6, 2012;

WHEREAS, according to the Court's October 21, 2011 order, Defendants' Response is due March 5, 2012, Plaintiffs' optional Reply is due March 19, 2012, and the Motion is presently set for hearing on April 4, 2012, at 9:30 a.m.;

WHEREAS, the parties are seeking a modest extension of the class certification briefing schedule, allowing Defendants three additional weeks to prepare and file their Response and Plaintiffs two additional weeks to prepare and file their Reply;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the previously established class certification schedule set forth in the Court's Order, filed October 21, 2011, be modified with the Court's consent as follows:

1. Defendants' Response to be filed on or before March 26, 2012;

2. Plaintiffs' Reply Brief, if any, to be filed on or before April 23, 2012; and

3. Plaintiffs' Motion for Class Certification to be noticed for hearing on Wednesday, May 2, 2012 at 9:30 a.m. in Courtroom #6.

KERSHAW, CUTTER & RATINOFF, LLP

By: /s/ *William a. Kershaw*
William A. Kershaw (SBN 057486)
401 Watt Avenue
Sacramento, CA 95864

Dated: February 15, 2012                Attorneys for Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com

|  |  |
|---|---|
|  | DYKEMA GOSSETT LLP |
|  | By: /s/ *Paul L. Nystrom* |
|  | Paul L. Nystrom (admitted *pro hac vice*) |
|  | Peter M. Kellett (admitted *pro hac vice*) |
|  | 39577 Woodward Ave., Suite 300 |
|  | Bloomfield Hills, MI 48304 |
| Dated: February 16, 2012 | Attorneys for Defendants |

## **ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: 2/16/2012

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

3
STIPULATION AND [PROPOSED] ORDER RE: MOTION
FOR CLASS CERTIFICATION BRIEFING SCHEDULE

PDF created with pdfFactory trial version www.pdffactory.com