# EXHIBIT A

# CONFIDENTIAL

# SUBJECT TO PROTECTIVE ORDER AND REQUEST TO SEAL