# EXHIBIT A

# Thomas D. McGowan

Harley-Davidson Motor Co. Inc.
11800 W. Capitol Dr.
Wauwatosa WI 53222
(414) 465-7014

## Professional Experience:

September 1981 to Present: Harley-Davidson Motor Co. Inc.

June 2003 to Present: Principal Engineer (Milwaukee)
Reporting to Chief Engineer;Vehicle Systems, responsible for monitoring vehicle quality, investigating and prioritizing issues and guiding appropriate engineering and manufacturing activity to address them. Technical support of Products Liability litigation activities. Product Integrity support. Technical Lead of Recall Investigation Committee.

December 1992 to May 2003: Manager, Resident Engineering, H-D York
Managed the on-site Product Engineering office at H-D's York Vehicle Assembly Operations facility. Responsible for all vehicle configuration issues at the plant on a day-to-day basis. Managed 10-12 employees.

August 1988 to December 1992: Resident Engineer, H-D York
Acted as one of several Product Engineers on-site at the Vehicle Operations facility.

September 1981 to August 1988: Engineer (Milwaukee)
New product development work, acting as the lead Design Engineer on the Softail platform through most of that period. Awarded Patent No. 4,775,163, "Motorcycle" for Springer Front End.

January 1980 to September 1981: International Harvester, Melrose Park IL

August 1980 to September 1981: Engineer
New Product Development engineering and layout drafting for construction equipment (Excavators)

January 1980 to August 1980: Test Engineer
Worked in the test lab doing component and full vehicle testing, primarily Stress-Coat/Strain Gauge work, on construction equipment.

## Professional Organization Membership:

Society of Automotive Engineers (SAE) member no. 1574120004

American Motorcyclist Association (AMA) member no. 395878

## Education:

University of Illinois at Urbana-Champaign
BSME in Mechanical Engineering, 1979

## Continuing Education:

"Product Liability and the Engineer" (SAE) February 1992
"Improving Managerial Skills of the New or Prospective Manager" (American Management Association) April 1993
"How to Satisfy Every Customer Every Time" (American Management Association) October 1993
"The Role of the Expert Witness in Product Liability Litigation" (SAE) June 1994
"How to Build a Better Team" (American Management Association) October 1994
"ISO 9000 Executive Overview Course" (Excel Partnership Inc.) January 1996
"ISO 9000 Documentation" (Excel Partnership Inc.) March 1996
"Product Safety & Liability Prevention" (Gooden & Ross) September 2003
"Business Objects 5i Core/Intermediate Reporting" (Greenbrier & Russel Training) December 2003
"Experienced Rider Course" (Motorcycle Safety Foundation) October 1990, October 1998, April 2004
"Reliability Engineering and Life Data Analysis" (ReliaSoft Corp.) May 2004
"Sixteenth Annual Product Liability Conference" (Univ. of Wisconsin) November 2004
"The Role of Warnings and Instructions" (Univ. of Wisconsin) March 2006
"Police Operator Training" (The Rider's Institute for Defensive Education) May 2006
"Project Management Associate Certificate" (MSOE) October 2006
"Traffic Accident Motorcycle Reconstruction" (for Motorcycles) (NUCPS) March 2007
"Traffic Accident Reconstruction 1" (NUCPS) April 2007
"Fire Investigation and Product Liability Litigation" (Univ. of Wisconsin) June 2007
"Introduction to Clementine and Data Mining" SPSS March 2008
"Twentieth Annual Product Liability Conference" (Univ. of Wisconsin) September 2008
"Precision Cornering Workshop" (Streetmasters) Horse Thief Mile, Willow Springs Int'l Motorsports Park, Rosamond CA, April 2009
"Traffic Crash Reconstruction II" (NUCPS) April 2010
"Twenty Second Annual Product Liability Conference" (Univ. of Wisconsin) September 2010
"Stayin' Safe" Advanced Rider Training, West Virginia, May 2011
"Twenty Third Annual Product Liability Conference" (Univ. of Wisconsin) September 2011