| | |
|---|---|
| Peter M. Kellett (admitted *pro hac vice*) | John M. Thomas (SBN 266842) |
| pkellett@dykema.com | jthomas@dykema.com |
| **DYKEMA GOSSETT** | **DYKEMA GOSSETT** |
| 400 Renaissance Center, Suite 2300 | 2723 South State Street, Suite 400 |
| Detroit, MI  48243 | Ann Arbor, MI 48104 |
| Telephone:  (313) 568-6800 | Telephone: (734) 214-7613 |
| Facsimile:  (313) 568-6658 | Facsimile: (734) 214-7696 |
| | |
| Paul L. Nystrom (admitted *pro hac vice)* | J. Kevin Snyder (SBN 107509) |
| pnystrom@dykema.com | ksnyder@dykema.com |
| **DYKEMA GOSSETT** | Dawn N. Williams (SBN 267925) |
| 39577 Woodward Ave., Suite 300 | dwilliams@dykema.com |
| Bloomfield Hills, MI  48304 | **DYKEMA GOSSETT** |
| Telephone:  (248) 203-0700 | 333 S. Grand Ave., Suite 2100 |
| Facsimiler:  (248) 203-0673 | Los Angeles, CA  90071 |
| | Telephone:  (213) 457-1800 |
| | Facsimile:  (213) 457-1805 |

Attorneys for Defendants HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC, HARLEY-DAVIDSON, INC., and HARLEY-DAVIDSON MOTOR COMPANY, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILLIP JOHNSON, JIMMY ALDRIDGE, RANDY VANDERMOLEN, and MATTHEW WEYUKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC; HARLEY-DAVIDSON, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS: (WISCONSIN) HARLEY-DAVIDSON, INC., HARLEY-DAVIDSON MOTOR COMPANY, INC., and DOES 1-50,<br><br>Defendants. | Case No. 2:10-CV-02443-JAM-EFB<br><br>Honorable John A. Mendez<br><br>**ORDER**<br><br>[Filed Concurrently With (1) Defendants' Consented To Request To Seal Documents] |

### <u>ORDER</u>

[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Having considered Defendants' consented to Request to Seal Documents, and good cause appearing for the relief requested, the Court HEREBY ORDERS the Clerk of the Court to seal the following documents pursuant to Local Rule 141:

1. Defendants' Memorandum of Points and Authorities In Support of Defendants' Motion to Exclude Expert Declaration and Testimony of Russell Darnell.

2. The Declaration of Paul Nystrom attached as Exhibit A to Defendants' Memorandum of Points and Authorities In Support of Defendants' Motion to Exclude Expert Declaration and Testimony of Russell Darnell.

3. Defendants' Opposition to Plaintiffs' Motion for Class Certification.

4. The Declaration of Paul Nystrom attached as Exhibit B to Defendants' Opposition to Plaintiffs' Motion for Class Certification.

5. The Declaration of Paul M. Taylor, Ph.D. attached as Exhibit L to Defendants' Opposition to Plaintiffs' Motion for Class Certification.

6. The Declaration of Paul Nystrom which is attached as Exhibit A to Defendants' Motion for Summary Judgment Against Plaintiff Matthew Weyuker.

These documents shall remain sealed unless and until a further order is issued by the Court.

IT IS SO ORDERED.

Dated: 3/27/2012 /s/ John A. Mendez

HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com