William A. Kershaw (SBN 057486)
Lyle W. Cook (SBN 148914)
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Gregory James Owen (SBN 102845)
OWEN, PATTERSON & OWEN
23822 W. Valencia Blvd., Suite 201
Valencia, CA 91355
Telephone: (661) 877-9169
Facsimile: (661) 799-2774

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP JOHNSON, JIMMY ALDRIDGE, RANDY VANDERMOLEN, and MATTHEW WEYUKER individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC; HARLEY-DAVIDSON, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS: (WISCONSIN) HARLEY-DAVIDSON, INC.; HARLEY-DAVIDSON MOTOR COMPANY, INC.; and DOES 1-50.<br><br>Defendants. | Case No. 2:10-CV-02443-JAM-EFB<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL DOCUMENTS** |

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL DOCUMENTS

## ORDER

Having considered Plaintiffs' Request to Seal Documents, and good cause appearing for the relief requested, the Court HEREBY ORDERS the Clerk of the Court to seal the following documents pursuant to Local Rule 141:

1. Plaintiffs' Request to Defer or Deny Defendants' Motion for Summary Judgment Pursuant to Rule 56(d) and, in the Alternative, Opposition to Defendants' Motion for Summary Judgment Against Plaintiff Matthew Weyuker;

2. Exhibits 6, 8, 9, 10, and 13 to Declaration of William A. Kershaw in Support of Plaintiffs' Request to Defer or Deny Defendants'' Motion for Summary Judgment Pursuant to Rule 56(d) and, in the Alternative, Opposition to Defendants' Motion for Summary Judgment Against Plaintiff Matthew Weyuker;

3. Plaintiffs' Opposition to Defendants Harley-Davidson Motor Company Group, LLC, Harley-Davidson, Inc. and Harley-Davidson Motor Company, Inc.'s Motion to Exclude Expert Declaration and Testimony of Russell Darnell;

4. Plaintiffs' Statement of Additional Material Facts Precluding Defendants' Motion for Summary Judgment Against Plaintiff Matthew Weyuker; and

5. Plaintiffs' Response to Defendants' Statement of Undisputed Facts in Support of Motion for Summary Judgment Against Plaintiff Matthew Weyuker.

These documents shall remain sealed unless and until a further order is issued by the Court.

IT IS SO ORDERED.

Dated: 4/19/2012

/s/ John A. Mendez
U. S. District Court Judge

-1-

PDF created with pdfFactory trial version www.pdffactory.com