1  William A. Kershaw (SBN 057486)
   Lyle W. Cook (SBN 148914)
2  KERSHAW, CUTTER & RATINOFF, LLP
   401 Watt Avenue
3  Sacramento, California  95864
   Telephone: (916) 448-9800
4  Facsimile:  (916) 669-4499
5
   Gregory James Owen (SBN 102845)
6  OWEN, PATTERSON & OWEN
   23822 W. Valencia Boulevard, Suite 201
7  Valencia, California  91355
   Telephone: (661) 877-9169
8  Facsimile:  (661) 799-2774
9
   *Attorneys for* Plaintiffs
10

11                          **UNITED STATES DISTRICT COURT**

12                          **EASTERN DISTRICT OF CALIFORNIA**

13 | PHILLIP JOHNSON, JIMMY ALDRIDGE, | Case No.  2:10-CV-02443-JAM-EFB
14 | RANDY VANDERMOLEN, and
   | MATTHEW WEYUKER individually and on
15 | behalf of all others similarly situated,
   |                                           | **STIPULATION FOR VOLUNTARY**
16 |                Plaintiffs,                | **DISMISSAL PURSUANT TO**
   |         v.                                | **FED. R. CIV. P. 41(a)(1)(ii)**
17 |
18 | HARLEY-DAVIDSON MOTOR COMPANY
   | GROUP, LLC; HARLEY-DAVIDSON, INC.,
19 | WHICH WILL DO BUSINESS IN
   | CALIFORNIA AS: (WISCONSIN) HARLEY-
20 | DAVIDSON, INC.; HARLEY-DAVIDSON
   | MOTOR COMPANY, INC.; and DOES 1-50.
21 |
22 |                Defendants.                | Honorable John A. Mendez

23

24

25

26

27

28

Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Phillip Johnson, Jimmy Aldridge, Randy Vandermolen and Matthew Weyuker ("Plaintiffs") voluntarily dismiss this action with prejudice. All parties shall bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: September 4, 2012.    KERSHAW, CUTTER & RATINOFF, LLP

*/s/ William A. Kershaw*

William A. Kershaw (SBN 057486)
401 Watt Avenue
Sacramento, CA  95864
Telephone: (916) 448-9800
Facsimile:  (916) 669-4499

*Attorneys for Plaintiffs*

Dated: September 4, 2012.    DYKEMA GOSSETT LLP

/s/ Paul L. Nystrom

Paul L. Nystrom (*Pro hac vice*)
Peter M. Kellett (*Pro hac vice*)
400 Renaissance Center
Detroit, MI  48243
Telephone: (313)568-6800
Facsimile:  (313)568-6893

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated:   9/4/2012    /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE